```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
                Plaintiff      )       1:05-CR-00148-009
                               )
     v.                        )
                               )
BERDARDO GONZALEZ,             )
                               )
                Defendant      )       ORDER RECOMMENDING PARTICIPATION
_____)       IN PROGRAM
```

     The Court recommends the above-named defendant participate in the 500-Hour DAP.


Dated: July 18, 2006                   /s/ OLIVER W. WANGER
                                       _____
                                       OLIVER W. WANGER
                                       United States District Judge

1