PROB 35A  **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00148-009** |
| ) | |
| **BERDARDO GONZALEZ** ) | |

On December 5, 2008, the above-named was placed on Supervised Release for a period of 48 months.

On April 6, 2009, this office confirmed with Kelly Cowan of the Kern County Coroner's Office that Releasee was declared deceased on April 4, 2009 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN**
**United States Probation Officer**

Dated: April 13, 2009
Bakersfield, California
JRM:dk

**REVIEWED BY:** /s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

Re: **Berdardo GONZALEZ**
 **Docket Number: 1:05CR00148-009**
 **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
 **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

### ORDER OF COURT

It appearing that Releasee Berdardo Gonzalez is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

**Dated:** April 14, 2009          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG